HELEN M. STREADER, PLAINTIFF-RESPONDENT, v. ROBERT STREADER, DEFENDANT-PETITIONER.

On petition for certification to Superior Court, Appellate Division.

See same case below: 17 *N. J. Super.* 123.

*Mr. Clarence W. Beers* for the petitioner.

*Mr. Robert E. Frederick* and *Mr. Robert B. Meyner* for the respondent.

June 26, 1952.  Denied.

MADELYN GRUNEWALD, PLAINTIFF, AND MARGARET LA COLLA, ET AL., PLAINTIFFS-PETITIONERS, v. TOWNSHIP COMMITTEE OF THE TOWNSHIP OF WEEHAWKEN IN THE COUNTY OF HUDSON, DEFENDANT-RESPONDENT.

On petition for certification to Superior Court, Appellate Division.

See same case below: 18 *N. J. Super.* 401.

*Messrs. Platoff & Platoff* and *Mr. Harold Kolovsky* for the petitioners.

*Mr. James Rosen* for the respondent.

June 26, 1952.  Denied.